of Claims granted. *Mr. Robert A. Taft* for petitioner. No appearance for the United States.

No. 961. DIXIE TERMINAL CO. *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Court of Claims granted. *Mr. Robert A. Taft* for petitioner. *Solicitor General Reed* for the United States.

No. 963. PHILLIPS-JONES CORP. ET AL. *v.* PARMLEY ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Robert T. McCracken* and *Herman Goldman* for petitioners. No appearance for respondents.

No. 986. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PALMER. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Robert G. Dodge* and *Harold S. Davis* for respondent.

No. 993. TEXTILE MACHINE WORKS *v.* LOUIS HIRSCH TEXTILE MACHINES, INC. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. William A. Smith, Jr.,* and *Hubert Howson* for petitioner. *Mr. Samuel E. Darby, Jr.,* for respondent.